# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 8, 2006*

[Cite as *09/08/2006 Case Announcements,* 2006-Ohio-4591.]

## MISCELLANEOUS DISMISSALS

**2006–1211.   Allianz Global Risks US Ins. Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–1011–EL–CSS and 05–1012–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1632.   State ex rel. DeMooy v. Indus. Comm.**
Franklin App. No. 05AP–814, 2006-Ohio-3708.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 11, 2006*

[Cite as *09/11/2006 Case Announcements,* 2006-Ohio-4645.]

## MISCELLANEOUS DISMISSALS

**2006–0652.   Meijer Stores Limited Partnership v. Defiance Cty. Bd. of Revision.**
Board of Tax Appeals No. 2003–T–2035. This cause is pending before the court as a cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 12, 2006*

[Cite as *09/12/2006 Case Announcements,* 2006-Ohio-4678.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1121.   State ex rel. Dist. 1199, Health Care & Social Serv. Union, SEIU v. Ohio Dept. of Job & Family Servs.
In Mandamus.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 14, 2006*

[Cite as *09/14/2006 Case Announcements,* 2006-Ohio-4732.]

## MOTION AND PROCEDURAL RULINGS

2004–0638.   Nationwide Ins. Co. v. Phelps.
Columbiana App. No. 03 CO 23, 2004-Ohio-1200. This cause came on for further consideration of appellants' motion to vacate the judgment of July 14, 2004. Upon consideration thereof,
    It is ordered by the court that the motion is denied.

2005–1678.   State v. Hale.
Cuyahoga C.P. No. CR–0454857. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Cuyahoga County. Upon consideration of appellant's motion for a complete copy of the prosecutor's file to be sealed and filed for appellate review, motion for disclosure of police reports, and third motion to supplement the record,
    IT IS ORDERED by the court that the motions for a copy of the prosecutor's file and police reports are denied.
    IT IS FURTHER ORDERED that the motion to supplement the record is granted and that the Clerk of the Court of Common Pleas of Cuyahoga County shall certify and transmit to the Clerk of this court the following exhibit within twenty days of the date of this entry: State's Exhibit 165.

## MISCELLANEOUS DISMISSALS

2006–1284.   State v. Troglin.
Union App. No. 14–05–56, 2006-Ohio-2791. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

    The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1576.   State ex rel. Wheeling–Pittsburgh Steel Corp. v. Indus. Comm.
Franklin App. No. 05AP–913, 2006-Ohio-3912.

2006–1579.   State ex rel. E.I. DuPont DeNemours & Co. v. Indus. Comm.
Franklin App. No. 05AP–944, 2006-Ohio-3913.

    The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1118.   State ex rel. Kincaid v. Allen Refractories Co.
Franklin App. No. 04AP–1345, 2006-Ohio-2195.

2006–1325.   State ex rel. Oliver v. USA Waste of Ohio, Inc.
Franklin App. No. 05AP–666, 2006-Ohio-3264.